UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John L. Corrigan, Jr., | Civil File No. 18-cv-2257 (ADM/BRT) |
| Plaintiff, | |
| vs. | **DEFENDANT JUDGE CHRISTIAN WILTON'S MOTION TO DISMISS** |
| City of Savage, *et al.*, | |
| Defendants. | |

TO: Plaintiff John L. Corrigan, Jr., 1705 3rd Avenue West, #26, Shakopee, Minnesota 55379.

Defendant Judge Christian Wilton hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) for an Order dismissing Plaintiff's Complaint (Doc. 1) for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.

This Motion is based upon all files, records, and proceedings herein, including a memorandum of law in support of the motion to dismiss.

*Signature on Page 2*

2

| | |
|---|---|
| Dated: August 16, 2018 | OFFICE OF THE ATTORNEY GENERAL<br>State of Minnesota<br><br>s/ Kathryn Iverson Landrum<br>KATHRYN IVERSON LANDRUM<br>Assistant Attorney General<br>Atty. Reg. No. 0389424<br>kathryn.landrum@ag.state.mn.us<br><br>445 Minnesota Street, Suite 1100<br>St. Paul, Minnesota 55101-2128<br>(651) 757-1189 (Voice)<br>(651) 282-5832 (Fax)<br><br>ATTORNEY FOR DEFENDANT JUDGE CHRISTIAN WILTON |