UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John L. Corrigan, Jr., | Civil File No. 0:18-cv-2257 ADM/BRT |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF KATHRYN IVERSON LANDRUM** |
| City of Savage, *et al.*, | |
| Defendants. | |

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

KATHRYN IVERSON LANDRUM, being first duly sworn, deposes and states as follows:

1. I am an Assistant Attorney General for the State of Minnesota representing the Honorable Christian Wilton in the above-referenced case.

2. Attached hereto as Exhibit A is a true and correct copy of the Register of Actions in *State of Minnesota v. John Louis Corrigan*, Court File No. 70-CR-16-14594 (Scott Cnty. Dist. Ct.).

3. Attached hereto as Exhibit B is a true and correct copy of the July 2, 2018, unpublished Opinion in *State of Minnesota v. John Louis Corrigan*, A17-1145 (Minn. App.).

FURTHER YOUR AFFIANT SAYETH NOT.

Dated:  August 16, 2018.

                                                s/ Kathryn Iverson Landrum
                                                KATHRYN IVERSON LANDRUM

Subscribed and sworn to before me
this 16th  day of August, 2018.


s/ Rea J. Bastian
NOTARY PUBLIC
My Commission expires January 31, 2020